**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

April 3, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> The motion is granted. The initial pretrial conference is rescheduled to occur at 10AM on Friday, June 21.
> SO ORDERED.
> Date: April 4, 2024
>
> *(signature)*
> LEWIS J. LIMAN
> United States District Judge

Re:   *Calcano v. Full Circle Home LLC,*
      Case No.: 1:23-cv-11271

Dear Judge Liman,

    The undersigned represents Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Full Circle Home LLC, ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for April 12, 2024, at 4:00 PM be adjourned for 60 days because Counsel for the Defendant was recently retained and needs time to review this matter thoroughly and consult with their Client. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.